**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE PARISH OF PLAQUEMINES,** *et al.*, | * | **CIVIL ACTION** |
| **Plaintiffs** | * | **NO. 2:18-cv-05256** |
| **Versus** | * | |
| **TOTAL PETROCHEMICALS &** | * | **JUDGE ZAINEY** |
| **REFINING USA, INC.,** *et al.*, | * | |
| **Defendants** | * | **MAG. JUDGE WILKINSON** |
| *   *   *   *   *   *   *   * | | |

**CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, Burlington Resources Oil & Gas Company LP, who submits the following statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Burlington Resources Oil & Gas Company LP is a Delaware limited partnership. Burlington Resources Oil & Gas Company LP's sole general partner is BROG GP LLC, and its sole limited partner is BROG LP LLC. The sole member of both BROG GP LLC and BROG LP LLC is Burlington Resources LLC. Burlington Resources LLC is a wholly-owned subsidiary of ConocoPhillips Company. ConocoPhillips Company is a wholly-owned subsidiary of ConocoPhillips, a publicly traded company, traded on the NYSE under the stock symbol COP.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted:

KUCHLER POLK WEINER, LLC

*/s/ Michele Hale DeShazo*
Deborah D. Kuchler, T.A. (#17013)
Robert E. Guidry (#28064)
Sarah E. Iiams (#22418)
Michele Hale DeShazo (#29893)
1615 Poydras Street
Suite 1300
New Orleans, LA  70112
T. 504-592-0691
F. 504-592-0697
Email: dkuchler@kuchlerpolk.com
         rguidry@kuchlerpolk.com
         siiams@kuchlerpolk.com
         mdeshazo@kuchlerpolk.com

***Attorneys for Burlington Resources Oil & Gas Company LP***

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Michele Hale DeShazo*

2