# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 29, 2024
Lyle W. Cayce
Clerk

No. 23-30422

Parish of Cameron,

*Plaintiff—Appellee*,

State of Louisiana, *ex rel*, *on behalf of* Jeff Landry; State of Louisiana, *on behalf of Louisiana Department of Natural Resources, on behalf of Office of Coastal Management, on behalf of Thomas F. Harris*,

*Intervenor Plaintiffs—Appellees*,

*versus*

BP America Production Company; Chevron U.S.A. Incorporated, own capacity & *as successor in interest, on behalf of* California Company; Shell Oil Company; SWEPI, L.P.,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:18-CV-688
_____

Before Davis, Engelhardt, and Oldham, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

No. 23-30294
c/w No. 23-30422

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on **Nov 08, 2024**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**