**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE PARISH OF PLAQUEMINES** | * | **CIVIL ACTION NO. 2:18-cv-05256** |
| | * | |
| **VERSUS** | * | **JUDGE JAY C. ZAINEY** |
| | * | |
| **TOTAL PETROCHEMICLAS &** | * | **MAGISTRATE JUDGE** |
| **USA, INC., ET AL.** | * | **DONNA PHILLIPS CURRAULT** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>MOTION TO SET SUPPLEMENTAL BRIEFING SCHEDULE</u><br><u>ON REMAND FROM THE FIFTH CIRCUIT</u>

In light of the Supreme Court's recent decision remanding this case to the United States Fifth Circuit [Case No. 24-813, *Chevron U.S.A. Inc. v. Plaquemines Parish, Louisiana,* 608 U.S. ___, 2026 WL 1040461], and the Fifth Circuit's subsequent order remanding this case to this Court for "proceedings consistent with the Supreme Court's opinion" [Doc. 124], plaintiff, the Parish of Plaquemines, and intervenors, the State of Louisiana Department of Conservation and Energy (formerly the Louisiana Department of Natural Resources) and the State of Louisiana *ex rel*., Liz Murrill, Attorney General (collectively "Plaintiffs"), move this Court for an order adopting a briefing schedule.

The Fifth Circuit's remand order requires this Court to determine whether Defendants properly removed this case to federal court under the federal officer removal statute, 28 U.S.C. §1442(a)(1).  On May 29, 2024, the Fifth Circuit affirmed this Court's order remanding this case to state court.  On June 16, 2025, the Supreme Court of the United States granted certiorari, and on April 17, 2026, the Supreme Court issued a decision vacating the judgment of the Fifth Circuit and remanding this case for further proceedings consistent with its opinion. On May 22, 2026, the Fifth Circuit remanded this case to this Court for further proceedings consistent with the Supreme Court's opinion. Doc. 124.

1

Plaintiffs request that this Court order supplemental briefing in light of the Supreme Court's decision, in accordance with the following schedule:

- Plaintiffs shall file a supplemental opening brief of no more than 25 pages, which shall be due 30 days after the date on which this Court enters its order directing supplemental briefing.

- Defendants shall file a supplemental response brief of no more than 25 pages, which shall be due 30 days after the date on which Plaintiffs file their supplemental opening brief.

- Plaintiffs may file a supplemental reply brief of no more than 12 pages, which shall be due 21 days after the date on which Defendants file their supplemental response brief.

Plaintiffs also request that this Court set their motion for remand for supplemental oral argument after the conclusion of the parties' supplemental briefing.

Respectfully submitted:

/s/Victor L. Marcello
Donald T. Carmouche (2226)
dcarmouche@tcmlawoffice.com
Victor L. Marcello (9252)
vmarcello@tcmlawoffice.com
John H. Carmouche (22294)
jcarmouche@tcmlawoffice.com
Brian T. Carmouche (30430)
bcarmouche@tcmlawoffice.com
Todd J. Wimberley (34862)
twimberley@tcmlawoffice.com
D. Adele Owen (21001)
aowen@tcmlawoffice.com
Leah C. Poole (35092)
lpoole@tcmlawoffice.com
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991; Fax: (225) 448-2568

2

Philip F. Cossich, Jr. (1788)
pcossich@cossichlaw.com
Darren Sumich (23321)
dsumich@cossichlaw.com
David A. Parsiola (21005)
dparsiola@cossichlaw.com
Brandon J. Taylor (27662)
btaylor@cossichlaw.com
COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000
Fax: (504) 394-9110

W. Peter Connick (14158)
pconnick@connicklaw.com
CONNICK AND CONNICK
3421 N. Causeway Blvd., Ste. 408
Metairie, LA 70002
Telephone: (504) 838-8777
Fax: (504) 838-9903

Bruce D. Burglass, Jr. (1411)
bburglass@burglass.com
Andre' C. Gaudin (20191)
agaudin@burglass.com
Scott O. Gaspard (23747)
sgaspard@burglass.com
BURGLASS & TANKERSLEY, LLC
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407
Fax: (504) 287-0447

***Counsel for the Parish of Plaquemines***

3

**LIZ MURRILL**
**ATTORNEY GENERAL**

*/s/ Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr. (20645)
jfaircloth@fairclothlaw.com
Barbara Bell Melton (27956)
bmelton@fairclothlaw.com
Richard F. Norem (38849)
enorem@fairclothlaw.com
FAIRCLOTH MELTON BASH & GREEN, LLC
105 Yorktown Drive
Alexandria, LA  71303
Telephone: (318) 619-7755
Fax: (318) 619-7744

*Special Assistant Attorneys General*
*Counsel for the State of Louisiana, ex rel.*

*/s/ J. Blake Canfield*
J. Blake Canfield (30426)
blake.canfield@la.gov
Morgan D. Rogers (38883)
morgan.rogers2@la.gov
LOUISIANA DEPARTMENT OF
CONSERVATION AND ENERGY
Post Office Box 94396
Baton Rouge, LA 70804
Telephone: (225) 342-2710

*Counsel for the State of Louisiana Department of*
*Conservation and Energy*