**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| THE PARISH OF PLAQUEMINES | * | CIVIL ACTION NO. 2:18-cv-05256 |
| | * | |
| VERSUS | * | JUDGE JAY C. ZAINEY |
| | * | |
| TOTAL PETROCHEMICLAS & | * | MAGISTRATE JUDGE |
| USA, INC., ET AL. | * | DONNA PHILLIPS CURRAULT |

**************************************

**O R D E R**

Considering the foregoing motion, the parties shall file supplemental briefing in accordance with the following schedule:

- Plaintiffs shall file a supplemental opening brief of no more than 25 pages, which shall be due 30 days after the date on which this Court enters its order directing supplemental briefing.

- Defendants shall file a supplemental response brief of no more than 25 pages, which shall be due 30 days after the date on which Plaintiffs file their supplemental opening brief.

- Plaintiffs may file a supplemental reply brief of no more than 12 pages, which shall be due 21 days after the date on which Defendants file their supplemental response brief.

New Orleans, Louisiana this _____ day of _____, 2026.


_____
JUDGE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA