**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE PARISH OF PLAQUEMINES** | * | **CIVIL ACTION NO. 2:18-cv-05256** |
| | * | |
| **VERSUS** | * | **JUDGE JAY C. ZAINEY** |
| | * | |
| **TOTAL PETROCHEMICLAS &** | * | **MAGISTRATE JUDGE** |
| **USA, INC., ET AL.** | * | **DONNA PHILLIPS CURRAULT** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs' Motion to Set Supplemental Briefing Schedule on Remand from the Fifth Circuit is hereby set for submission before District Judge, Jay C. Zainey, on June 24, 2026 at 10:30 a.m.

Respectfully submitted:

*/s/Victor L. Marcello*
Donald T. Carmouche (2226)
dcarmouche@tcmlawoffice.com
Victor L. Marcello (9252)
vmarcello@tcmlawoffice.com
John H. Carmouche (22294)
jcarmouche@tcmlawoffice.com
Brian T. Carmouche (30430)
bcarmouche@tcmlawoffice.com
Todd J. Wimberley (34862)
twimberley@tcmlawoffice.com
D. Adele Owen (21001)
aowen@tcmlawoffice.com
Leah C. Poole (35092)
lpoole@tcmlawoffice.com
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

1

Philip F. Cossich, Jr. (1788)
pcossich@cossichlaw.com
Darren Sumich (23321)
dsumich@cossichlaw.com
David A. Parsiola (21005)
dparsiola@cossichlaw.com
Brandon J. Taylor (27662)
btaylor@cossichlaw.com
COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000
Fax: (504) 394-9110

W. Peter Connick (14158)
pconnick@connicklaw.com
CONNICK AND CONNICK
3421 N. Causeway Blvd., Ste. 408
Metairie, LA 70002
Telephone: (504) 838-8777
Fax: (504) 838-9903

Bruce D. Burglass, Jr. (1411)
bburglass@burglass.com
Andre' C. Gaudin (20191)
agaudin@burglass.com
Scott O. Gaspard (23747)
sgaspard@burglass.com
BURGLASS & TANKERSLEY, LLC
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407
Fax: (504) 287-0447

***Counsel for the Parish of Plaquemines***

2

**LIZ MURRILL**
**ATTORNEY GENERAL**

*/s/ Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr. (20645)
jfaircloth@fairclothlaw.com
Barbara Bell Melton (27956)
bmelton@fairclothlaw.com
Richard F. Norem (38849)
enorem@fairclothlaw.com
FAIRCLOTH MELTON BASH & GREEN, LLC
105 Yorktown Drive
Alexandria, LA  71303
Telephone: (318) 619-7755
Fax: (318) 619-7744

*Special Assistant Attorneys General*
*Counsel for the State of Louisiana, ex rel.*

*/s/ J. Blake Canfield*
J. Blake Canfield (30426)
blake.canfield@la.gov
Morgan D. Rogers (38883)
morgan.rogers2@la.gov
LOUISIANA DEPARTMENT OF
CONSERVATION AND ENERGY
Post Office Box 94396
Baton Rouge, LA 70804
Telephone: (225) 342-2710

*Counsel for the State of Louisiana Department of*
*Conservation and Energy*